United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIEL MASSIP ARMAS, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04969 |
| | § | |
| RAYMOND THOMPSON, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

On July 1, 2026, Respondents filed a Notice of Intent to Remove Petitioner within five days. Doc. #6. Respondents are ORDERED to file a status report within five (5) days of the entry of this Order advising whether Petitioner remains in immigration custody and, if so, identifying the facility where he is currently detained.

It is so ORDERED.

JUL 14 2026
Date

The Honorable Alfred H. Bennett
United States District Judge